Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PERRI PIERCE,** | Case No.: 2:16-cv-00716-MCE-EFB |
| **Plaintiff.** | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| **EOS CCA d/b/a CALIFORNIA SERVICE BUREAU,** | Hearing Date: November 3, 2016<br>Time:          2 p.m.<br>Location:     501 I Street, Ctrm 7<br>                    Sacramento, CA 95814 |
| **Defendant.** | Hon. Morrison C. England, Jr. |
| | Complaint Filed: April 6, 2016<br>Trial Date:        TBD |

Before the Court is the motion of Plaintiff, Perri Pierce, for leave to file a first amended complaint. The Motion is consented to by Defendant. Based on the moving papers and all of the pleadings and papers on file in this action, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff Perri Pierce's Motion for Leave to File a First Amended Complaint is GRANTED. Plaintiff is directed to file the proposed First Amended Complaint forthwith.

IT IS SO ORDERED.

DATED: December 13, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT