# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

PERRI PIERCE,

    Plaintiff,

v.

EOS CCA,

    Defendant.

Case No.: 2:16-cv-00716-MCE-EFB

**ORDER OF DIMISSAL WITH PREJUDICE**

In accordance with the Stipulation for Dismissal with Prejudice by all appearing parties, filed on August 11, 2017 ( ECF No. 25), pursuant to Fed. R. Civ. P. 41, and good cause appearing, the above captioned matter is hereby dismissed, with prejudice, in its entirety, each side to bear its own costs and attorneys' fees. The matter having now been concluded, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: August 31, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

ORDER OF DISMISSAL WITH PREJUDICE